UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: Civil Action No. 1:22-cv-05919-JSR
IRIS BOLING, JOHN GORDON, and KARI :
PROSKIN, on behalf of a class of all others : Hon. Jed S. Rakoff, U.S.D.J.
similarly situated, :
:
Plaintiffs, :
:
-against- : *Document Electronically Filed*
:
TZUMI INNOVATIONS, LLC, : **ORDER**
:
Defendant. :
------------------------------------------------------------- x

JED S. RAKOFF, U.S.D.J.

It appearing that the parties in the above-captioned case have represented to the Court that they have reached a settlement in principle and have executed a term sheet regarding settlement, and have requested a stay of all proceedings for a period of 30 days to execute a settlement agreement and apply for preliminary approval, and the Court having considered the request, and for good cause shown,

IT IS ORDERED that the application be and hereby is granted and all proceedings will be stayed for a period of 30 days pending the filing of the settlement agreement and motion for preliminary approval of the class settlement with the Court.

Dated: New York, New York
        November __, 2022

                                        SO ORDERED:

                                        _____
                                        HON. JED S. RAKOFF, U.S.D.J.