# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS BOLING, JOHN GORDON, and KARI PROSKIN on behalf of a class of all others similarly situated,<br><br>PLAINTIFFS,<br><br>- v. -<br><br>TZUMI INNOVATIONS, LLC,<br><br>DEFENDANT. | Case No. 1:22-cv-05919-JSR |

## UNOPPOSED MOTION FOR PRELIMINARY
## APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs Iris Boling, John Gordon, and Kari Proskin (collectively, "Plaintiffs"), by and through the undersigned Counsel, and on behalf of themselves and the putative Class Members, submit this Unopposed Motion for Preliminary Approval of Settlement Agreement.

Plaintiffs and Defendant Tzumi Innovations, LLC. ("Defendant" or "Tzumi"), by counsel, have reached a proposed settlement (the "Settlement") in this class action. Plaintiffs request the Court enter an Order:

1. Preliminarily approving the Settlement;

2. Preliminarily certifying the Settlement Class;

3. Appointing proposed Class Counsel as Class Counsel and Plaintiffs as Class Representatives;

4. Approving the form and content of the Notices and Claim Forms attached as Exhibits A-C to the Settlement Agreement, which is attached to Exhibit 1 (Declaration of Rachel Soffin) of Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement Agreement as Exhibit 1.1;

5. Appoint Angeion Group as the Claims Administrator and authorize Angeion Group to provide Notice to the proposed class;

6. Finding that the proposed procedures for dissemination of the Notices and Claim Forms constitute the best notice practicable under the circumstances, and comply with due process and Fed. Rule Civ. P. 23;

7. Setting a date and time for the Final Approval Hearing, at which the Court will consider final approval of the Settlement, Class Certification, and Class Counsel's application for attorneys' fees and expenses and Class Representatives' application for service awards.

In support of this Motion, Plaintiffs submit herewith: (1) Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement Agreement ("Memorandum"); (2) the Declaration of Proposed Class Counsel, which is attached to the Memorandum as Exhibit 1; (3) the Settlement Agreement, which is being submitted as Exhibit 1.1 to the Declaration; and (4) a [Proposed] Order Granting Preliminary Approval Of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, appointing Angeion Group and the Claims Administrator and authorizing it to provide Notice to the Class, and approving the Notice Plan.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

DATED:   December 22, 2022           Respectfully submitted,

By: /s/ Rachel Soffin
Rachel Soffin*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel: 865-247-0080
rsoffin@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

Russell Busch (6329500)
405 E 50th Street
New York, NY 10022
Tel: (630) 796-0903
rbusch@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III*
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Trenton R. Kashima*
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (308) 870-7804
tkashima@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
J. Hunter Bryson*
Zoe T. Aaron
405 E 50th Street
New York, NY 10022
Tel: (630) 796-0903
hbryson@milberg.com
zaaron@milberg.com

**BURSOR & FISHER, P.A.**
Joel Smith*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel.: (925) 300-4455
jsmith@bursor.com

*Pro Hac Vice*

*Attorneys for Plaintiff and the Proposed Classes*