**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRIS BOLING, JOHN GORDON, and KARI PROSKIN on behalf of a class of all others similarly situated,<br><br>PLAINTIFFS,<br><br>- v. -<br><br>TZUMI INNOVATIONS, LLC,<br><br>DEFENDANT. | Case No. 1:22-cv-05919-JSR |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS,**
**AND FOR PLAINTIFFS' SERVICE AWARDS**

Plaintiffs Iris Boling, John Gordon, and Kari Proskin (collectively, "Plaintiffs"), by and through the undersigned Counsel, and on behalf of themselves and the putative Class Members, submit this Motion for Attorneys' Fees and Costs, and for Plaintiffs' Service Awards.

Plaintiffs respectfully request that the Court approve attorneys' fees, costs, and expenses in the amount of $666,666, and grant each Plaintiff a service award of $2,500.

In support of this Motion, Plaintiffs submit herewith: (1) Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees and Costs, and for Plaintiffs' Service Awards ("Memorandum"); (2) the Declaration of Joel D. Smith in support of Plaintiffs' Motion for Attorneys' Fees and Costs, which is attached to the Memorandum as Exhibit A;; (3) the Joint Declaration of Rachel Soffin and Nick Suciu in support of Plaintiffs' Motion for Attorneys' Fees and Costs, which is attached to the Memorandum as Exhibit B; and (4) a [Proposed] Order Granting Plaintiffs' Motion for Attorneys' Fees and Costs, and for Plaintiffs' Service Awards.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

DATED:        June 2, 2023                        Respectfully submitted,

By: /s/ Rachel Soffin
Rachel Soffin*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel: 865-247-0080
rsoffin@milberg.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
Russell Busch (6329500)
405 E 50th Street
New York, NY 10022
Tel: (630) 796-0903
rbusch@milberg.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
Nick Suciu III*
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
nsuciu@milberg.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
Trenton R. Kashima*
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (308) 870-7804
tkashima@milberg.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
J. Hunter Bryson*
Zoe T. Aaron
405 E 50th Street

New York, NY 10022
Tel: (630) 796-0903
hbryson@milberg.com
zaaron@milberg.com

**BURSOR & FISHER, P.A.**
Joel Smith*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel.: (925) 300-4455
jsmith@bursor.com

*\* Pro Hac Vice*

*Attorneys for Plaintiffs*