# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS BOLING, JOHN GORDON, and KARI PROSKIN on behalf of a class of all other similarly situated,<br><br>PLAINTIFFS,<br><br>-v.-<br><br>TZUMI INNOVATIONS, LLC,<br><br>DEFENDANT. | Case No.: 1:22-cv-05919-JSR<br><br>**DECLARATION OF JONATHAN P. SHAFFER OF ANGEION GROUP ON SETTLEMENT ADMINISTRATION** |

I, Jonathan P. Shaffer, declare as follows:

1. I am a Project Manager for Angeion Group ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with an update regarding claims.

## CLAIM FORM SUBMISSIONS

3. The deadline for Class Members to submit a claim form was July 18, 2023. As of August 17, 2023, Angeion has received 945,647 Claim Form submissions. Of these, 945,463 claims were submitted online and 184 were submitted by paper.

4. Angeion performed a preliminary analysis of the online claims submitted and identified 591,305 claims suspected as fraudulent. Claims that have been identified as suspected fraud are based on the following criteria, certain of which are taken into account collectively: (1) IP Address: Angeion groups claims based on the IP address the claim was submitted under. When an IP Address is repeated, the claims are flagged as potentially fraudulent; (2) Browser Sessions: Claims belonging to a group of claims that share the same browser session cookie; and (3) Foreign IP Address: Claims submitted from an international IP address. Prior to distributing settlement benefits Angeion will run additional

screening that includes, Office of Foreign Assets Control ("OFAC") screening, identifying claims submitted with a foreign bank account and identifying multiple claims submitted to a singular payment account. All claims are still subject to final auditing, including a full assessment (including, but not limited to, the steps taken above, suspicious/nonexistent domain review and inconsistent location pattern review) of each claim's validity and a review for additional duplicative and/or fraudulent claim submissions.

5. The remaining online claim form submissions, as well as the paper claim forms, are still subject to final audits, including the full assessment of each claim's validity and a review of documentation, where applicable. Angeion will conduct a final review of all claims and provide the parties with a report as to the number of claims which are determined to be valid, rejected or deficient.

6. Per Sections 2.2.2 and 2.2.3 of the Settlement Agreement Settlement Class Members with proof of purchase will be entitled to submit a claim for up to $3 per purchased Class Products, subject to a cap of $15 per household, and subject to pro rata adjustment. Settlement Class Members without proof of purchase will be entitled to submit a claim for $2 per purchased Class Products subject to a cap of $6 per household, and subject to pro rata adjustment.

7. Angeion also determined 28,584 claims to be duplicative of another submitted claim form or they caused the household to be over the household limit. As such, Angeion will recommend rejecting these claims.

8. Per section 2.4 of the Settlement Agreement, Angeion will provide deficient claims a notice by email allowing the claimant the opportunity to cure their deficiency within 30 days of the notice of deficiency. Angeion will calculate and distribute payments thereafter assuming Final Approval of the Settlement is granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 17, 2023

_____
JONATHAN P. SHAFFER