UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS BOLING, JOHN GORDON, and KARI PROSKIN on behalf of a class of all other similarly situated,<br><br>PLAINTIFFS,<br><br>-v.-<br><br>TZUMI INNOVATIONS, LLC,<br><br>DEFENDANT. | Case No.: 1:22-cv-05919-JSR<br><br>**DECLARATION OF STEVEN WEISBROT, ESQ. OF ANGEION GROUP RE: UPDATE ON CLAIMS REVIEW AND ESTIMATED COSTS OF ADMINISTRATION** |

I, Steven Weisbrot, Esq., declare as follows:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I have personal knowledge of the matters stated herein.

2. My credentials were previously provided in the Declaration of Steven Weisbrot, Esq. of Angeion Group on Settlement Administration ("Notice Compliance Declaration") (ECF No. 33-1).

3. The purpose of this declaration is to provide the Parties and the Court with an updated report pertaining to claim review in the above-captioned case pursuant to the *Class Action Settlement Agreement* ("Settlement Agreement") and *Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan* ("Preliminary Approval Order"). This declaration also provides a summary of the administration expenses for this matter.

## CLAIM FORM SUBMISSIONS

4. The deadline to submit a claim form in this matter was July 18, 2023. The approved notice indicated for each eligible Product purchased during the class period for which the class member submitted proof purchase, the class member is entitled to $3, up to a $15 in cash, subject

1

to a pro rata adjustment. Alternatively, for each eligible Product purchased during the class period for which the class member did not submit proof purchase, the class member is entitled to $2, up to a $6 in cash, subject to a pro rata adjustment.

5. Angeion received a total of 945,647 claims. Of these, 945,463 were submitted online and 184 claims were submitted by paper. Of the 945,647 claims submitted, 17,941 were submitted with proof of purchase and 927,706 were submitted without proof of purchase.

6. After review of the claim forms submitted, Angeion determined 267,122 claims are approved for payment, 525 claims are deficient in full or did not submit a count or products, 32,162 claims are denied due to deduplication or household maximum being reached, and 645,838 claims are denied.

7. Of the approved claims, 265,459 were submitted without proof of purchase and 1,663 were submitted with proof of purchase.

8. Assuming the requested attorneys' fees and costs, administration costs, and incentive awards are approved by the Court, Angeion estimates each approved claimant who provided proof of purchase will receive a *pro rata* payment of $2.20 for each approved Product, or up to $11.01. Each approved claimant who did not provide proof of purchase will receive a *pro rata* payment of $1.47 for each approved Product, or up to $4.40.

9. Upon final audit of the claims submissions, and a Final Approval Order from the Court, Angeion will make distribution payments accordingly.

## ADMINISTRATION EXPENSES

10. As of July 31, 2023, Angeion has incurred $402,037.64 in administration expenses. Of this amount, $189,092.60 is attributable to costs associated with processing online claims filing. Angeion estimates it will incur an additional $130,000 in administration costs through completion of the administration, which includes, but is not limited to, claims processing expenses and deficiency noticing, distribution, post distribution, tax return handling and case close out. In total, Angeion estimates the overall administration expenses for this matter will be approximately $532,037.64.

11. Notice and administration expenses exceeded the original estimates due to the increased volume of claims submitted as a result of the successful notice program. This includes the work associated with validating these claims, identifying ineligible claims, reviewing supporting documentation, and activities related to the distribution of approved claims.

12. Given the size of the Settlement Fund in this action, and the significantly higher than expected claims rate, Angeion has voluntarily agreed to accept $400,000 in administration expenses, and will write off the remaining incurred expenses, which are estimated to be $132,037.64.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 1, 2023

_____
STEVEN WEISBROT