UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS BOLING, JOHN GORDON, and KARI PROSKIN on behalf of a class of all others similarly situated,<br><br>PLAINTIFFS,<br><br>- V. -<br><br>TZUMI INNOVATIONS, LLC,<br><br>DEFENDANT. | Case No. 1:22-cv-05919-JSR |

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND FOR PLAINTIFFS' SERVICE AWARDS

The Court held a hearing on Plaintiffs' Motion for Attorneys' Fees and Costs, and for Plaintiffs' Service Awards, on September 5, 2023, at 4:15 p.m. Having considered the papers filed and matters submitted at the Final Approval Hearing, and finding good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. This order incorporates by reference the Final Approval Order and Judgment, entered on September 5, 2023 (ECF No. 26), and the terms of the Class Action Settlement Agreement (ECF No. 27-2).

2. The Court has jurisdiction to enter this Order and over the subject matter of the Action and all Parties to the Action, including all Settlement Class Members.

3. The form and method of notifying the Settlement Class of Plaintiffs' Motion for Attorneys' Fees and Costs, and for Plaintiffs' Service Awards satisfied the notice requirements of Rule 23 of the Federal Rules of Civil Procedure and the United States Constitution (including

the Due Process Clause); constituted the best notice practicable under the circumstances; and constituted due, adequate, and sufficient notice to all persons entitled thereto.

4. There were no objections to Plaintiffs' Counsel's request for attorneys' fees and costs, and no objections to Plaintiffs' request for service awards.

5. The Court finds that the amounts requested for attorneys' fees and costs, and for Plaintiffs' service awards, are fair and reasonable.

6. The request for attorneys' fees and costs, totaling $666,666, is GRANTED. 50% is payable to Plaintiffs' Counsel on or before 14 days after the Effective Date, and 50% is payable to Plaintiffs' Counsel when the net settlement fund is distributed to authorized claimants.

7. The request for $2,500 service awards to each Plaintiff is GRANTED.

DATED September 12, 2023

BY THE COURT:

/s/ Jed S. Rakoff
Honorable Jed S. Rakoff
UNITED STATES DISTRICT JUDGE