UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS BOLING, JOHN GORDON, and KARI PROSKIN on behalf of a class of all others similarly situated,<br><br>PLAINTIFFS,<br><br>- v. -<br><br>TZUMI INNOVATIONS, LLC,<br><br>DEFENDANT. | Case No. 1:22-cv-05919-JSR |

## [PROPOSED] ORDER GRANTING AMENDED JOINT MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS

Plaintiffs Iris Boling, John Gordon, Kari Proskin, Settlement Class Members, and Defendant, Tzumi Innovations LLC have filed an amended joint motion for *cy pres* distribution of residual settlement funds of $13,535.68 to the parties' proposed *cy pres* recipient, Environmental Working Group ("EWG").

IT IS HEREBY ORDERED as follows:

Environmental Working Group ("EWG") shall receive a *cy pres* distribution of $13,535.68.

IT IS SO ORDERED, on  7/24/24 
(date)

_____
The Honorable Jed. S. Rakoff
United States District Judge

9371529 v2